1
2
3
4
5                   UNITED STATES DISTRICT COURT
6                        DISTRICT OF NEVADA
                              * * *
7
   KIMBERLEY EVANCHO,              )        2:11-CV-01807-PMP-VCF
8                                  )
                  Plaintiff,       )
9                                  )          **ORDER**
    vs.                            )
10                                 )
   FITNESS ALLIANCE LLC,           )
11                                 )
                  Defendant.       )
12                                 )
                                   )
13  ─────────────────────────────

14

15        **IT IS ORDERED** that Defendant's Motion to Dismiss Plaintiff's

16  Complaint (Doc. #8) is **DENIED.**

17  DATED: May 29, 2012.

18                                   _Philip M. Pro_
19                               ─────────────────────────────
                                 PHILIP M. PRO
20                               United States District Judge

21

22

23

24

25

26