UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| KIMBERLEY EVANCHO, ) | 2:11-CV-01807-PMP-VCF |
| Plaintiff, ) | |
| ) | **ORDER** |
| vs. ) | |
| FITNESS ALLIANCE LLC, ) | |
| Defendant. ) | |

**IT IS ORDERED** that Defendant's Motion to Dismiss Plaintiff's Complaint (Doc. #8) is **DENIED.**

DATED: May 29, 2012.

_____
PHILIP M. PRO
United States District Judge