DORA V. LANE, ESQ. (NV Bar No. 8424)
dlane@hollandhart.com
HOLLAND & HART LLP
5441 Kietzke Lane, Second Floor
Reno, Nevada 89511
Telephone: (775) 327-3000
Facsimile: (775) 786-6179

*Attorneys for Defendant Fitness Alliance LLC*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| KIMBERLEY EVANCHO, individually and; <br><br> Plaintiffs, <br><br> vs. <br><br> FITNESS ALLIANCE LLC, a Nevada corporation; and DOES 1-100; <br><br> Defendants. | CASE NO. 2:11-cv-01807-PMP-VCF <br><br> **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

Plaintiff Kimberley Evancho ("Plaintiff" or "Evancho") and Defendant Fitness Alliance LLC ("Fitness Alliance"), by and through their undersigned counsel, agree and stipulate that all claims between Plaintiff and Defendant that were or could have been asserted in this matter shall be dismissed with prejudice, with each party to bear its own attorneys' fees and costs.

Dated this 9th day of January, 2013.

By: _____
Scott A. Brooks, Esq.
Daniels, Fine, Israel, Schonbuch & Lebovits
1801 Century Park East, Ninth Floor
Los Angeles, CA 90067
Attorneys for Plaintiff

Dated this 14th day of January, 2013.

By: _____
Dora V. Lane, Esq.
HOLLAND & HART LLP
5441 Kietzke Lane, Second Floor
Reno, NV 89511

Attorneys for Defendant

Date: January 17, 2013.

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT COURT JUDGE

Page 1 of 2

# PROOF OF SERVICE

I, MARCIA FILIPAS, am a resident of the State of Nevada, over the age of eighteen years, and not a party to the within action. My business address is Holland & Hart LLP, 5441 Kietzke Lane, Second Floor, Reno, Nevada 89511.

On January 17, 2013, I served a true copy of the **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** by causing the above-named document to be served by mail to the below addresses:

| | |
|---|---|
| Charles A. Jones, Esq.<br>McInerney & Jones<br>18124 Wedge Parkway, #503<br>Reno, Nevada 89511 | Jeffrey D. Pollack, Esq.<br>Mintz & Gold LLP<br>470 Park Avenue South<br>New York, NY 10016 |
| Scott A. Brooks, Esq.<br>Daniels, Fine, Israel,<br>   Schonbuch & Lebovits<br>1801 Century Park East, Ninth Floor<br>Los Angeles, CA 90067 | |

I declare under penalty of perjury that the foregoing is true and correct.

Dated: January 17, 2013, at Reno, Nevada.

_____
MARCIA FILIPAS

5810314_1